UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Carl Waldrep,<br><br>             Plaintiff,<br><br>   v.<br><br>ValueClick, Inc., James R. Zarley and Samuel J. Paisley,<br><br>             Defendant(s). | CASE NO. CV 07-05411 DDP (AJWx)<br><br>The Hon. Dean D. Pregerson<br><br>**ORDER GRANTING JOINT STIPULATION RE: HEARING DATE FOR MOTIONS PENDING BEFORE THE COURT** |

Pursuant to stipulation of the parties and for good cause, it is hereby ordered that:

The hearing on the motions currently scheduled for August 11, 2008, is hereby rescheduled to 10:00 a.m., on September 22, 2008.

DATED: July 29, 2008

_____
The Honorable Dean D. Pregerson
U.S. District Court Judge

100490370_1.DOC

ORDER                                                                                     Case No. 07-CV-05411 DDP (AJWx)

Gibson, Dunn & Crutcher LLP