UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WALDREP, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VALUECLICK, INC., JAMES R. ZARLEY and SAMUEL J. PAISLEY,<br><br>　　　　　　Defendants. | Case No. CV 07-05411 DDP (AJWx)<br><br>DEFENDANT'S MOTION SEEKING SANCTIONS<br><br>(FILED ON 06-09-08) |

　　　This motion for sanctions arises from a securities fraud class action. Plaintiffs' Complaint contains allegations by six confidential witnesses, who are former employees of Defendants. In the Complaint, these witnesses allege that Defendant ValueClick engaged in illegal or bad-faith internet marketing tactics.

　　　At some point after the Complaint was filed, Defendants independently identified, tracked down, and interviewed the confidential witnesses. Defendants then obtained six declarations by the (formerly) confidential witnesses, which directly contradict their allegations as represented in the Complaint, and which also

state that the witnesses have no personal knowledge on which to base the allegations attributed to them in the Complaint.

    Defendants filed a motion to dismiss on March 21, 2008. Defendants subsequently filed this motion for Rule 11 sanctions on June 9, 2008, primarily based on the allegation that Plaintiffs had not reasonably investigated the information contained in the Complaint.

    For the reasons stated on the record, the Defendants' motion is denied without prejudice.

IT IS SO ORDERED.

Dated: September 25, 2008

                                DEAN D. PREGERSON
                                United States District Judge